# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3:16-CV-621

| | |
|---|---|
| A. COTTEN WRIGHT, in her capacity as the court-appointed Receiver for DCG Real Assets, LLC, DCG Commercial Fund I, LLC, H20, LLC, DCG PMG, LLC, DCG PMF, LLC, Finely Limited, LLC, DCG Funds Underwriting, LLC, DCG ABF Management, LLC, DCG Funds Management, LLC, Davis Capital Group, Inc., Davis Financial, Inc., DCG Commercial Holdings, LLC, DCG Commercial, LLC, DCG Partners, LLC, DCG Real Estate Development, LLC, Huntersville Plaza Phase One, LLC, Huntersville Plaza Phase Two, LLC, North Lake Business Park, LLC, and Richard Davis Enterprises, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN A. BAYNES, III, JOHN BAYNES COMPANY, INC., JBC, INC., BARON ROAD PARTNERS, LLC, MICHAEL T. O'BRIEN, DEBORAH K. MCDONNELL, and JOSEPH D. PHELPS,<br><br>Defendants. | **CONSENT ORDER GRANTING MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |

**THIS MATTER** comes before the Court on the consent of the parties named below and in connection with the Plaintiff's *Motion for Partial Judgment on the Pleadings* (Doc. No. 13) filed on November 14, 2016 (the "Motion"). Through the Motion, Plaintiff seeks judgment on the pleadings on her claim for declaratory relief that a certain deed of trust purportedly encumbering receivership property is void. The Court is informed that the parties named below have agreed to entry of an Order granting the Motion.

**IT IS, THEREFORE, ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

Signed on this 30 day of November, 2016.

*Graham C. Mullen*
Graham C. Mullen
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY BY:

GRIER, FURR & CRISP, PA

By: */s/ Michael L. Martinez*
Michael L. Martinez (North Carolina Bar No. 39885)
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
Phone: (704) 332-0207
Fax: (704) 332-0215
Email: mmartinez@grierlaw.com

*Attorneys for Plaintiff A. Cotten Wright, Receiver*


_____
John A. Baynes, III


_____
Michael T. O'Brien


_____
Joseph D. Phelps

APPROVED FOR ENTRY BY:

GRIER, FURR & CRISP, PA

By: */s/ Michael L. Martinez*
Michael L. Martinez (North Carolina Bar No. 39885)
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
Phone: (704) 332-0207
Fax: (704) 332-0215
Email: mmartinez@grierlaw.com

*Attorneys for Plaintiff A. Cotten Wright, Receiver*


_____
John A. Baynes, III

_____
Michael T. O'Brien

_____
Joseph D. Phelps

APPROVED FOR ENTRY BY:

GRIER, FURR & CRISP, PA

By: */s/ Michael L. Martinez*
Michael L. Martinez (North Carolina Bar No. 39885)
101 North Tryon Street, Suite 1240
Charlotte, NC 28246
Phone: (704) 332-0207
Fax: (704) 332-0215
Email: mmartinez@grierlaw.com

*Attorneys for Plaintiff A. Cotten Wright, Receiver*


_____
John A. Baynes, III


_____
Michael T. O'Brien

_____
Joseph D. Phelps