# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
Case No. 3:16-CV-621

| | |
|---|---|
| A. COTTEN WRIGHT, Receiver, | |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHN A. BAYNES, III, *et al.*, | |
| Defendants. | |

Based upon the Court's *Consent Order Granting Motion for Partial Judgment on the Pleadings* (Doc. No. 16) and *Order Granting Motion for Default Judgment* (Doc. No. 17) entered on December 1, 2016,

**IT IS ADJUDGED AND DECREED** that:

1. The North Carolina Deed of Trust recorded in Book 30150, Page 897, of the Mecklenburg County Public Registry—purportedly encumbering real property located at 11725 Alexanderana Road in Huntersville by Finely Limited, LLC as grantor in favor of "JBC, INC." as beneficiary—is invalid, ineffective, unenforceable and void *ab initio*; and

2. Neither John Baynes Company, Inc. nor JBC, Inc. have any valid or enforceable lien or other legal or equitable interest in or to the real property described in the aforementioned deed of trust.

**SO ORDERED.**

Signed: December 19, 2016

Graham C. Mullen
United States District Judge